# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

ROBERT JENKINS III, )
)
    Plaintiff, )
)
v. ) Case No. CV406-258
)
CHATHAM COUNTY, OFFICER )
JOE DAVIS, SGT. MAYES, )
SAVANNAH IMPACT PROGRAM, )
and ALL STAFF, SAVANNAH )
POLICE DEPT., and ALL STAFF, )
)
    Defendants. )

## REPORT AND RECOMMENDATION

On September 28, 2007, the Court entered an order directing plaintiff to address certain deficiencies identified in his complaint. Doc. 7. The Court afforded plaintiff thirty days to comply with its order. Id. Plaintiff failed to submit any document in response. Instead, on October 5, 2007, the Court's order was returned as undeliverable. Apparently, plaintiff has been transferred from his previous place of detention, the Chatham County Jail, but he has neglected to provide the Court with a current mailing address.

Because the plaintiff has not provided a correct mailing address, the Court cannot move his case forward or even communicate with plaintiff.

Accordingly, pursuant to the inherent power to police its docket, the Court should **DISMISS** the plaintiff's complaint without prejudice. See Link v. Wabash Railroad Co., 370 U.S. 626, 630–31 (1962); Mingo v. Sugar Cane Growers Co-op, 864 F.2d 101, 102 (11th Cir. 1989); Jones v. Graham, 709 F.2d 1457, 1458 (11th Cir. 1983); Floyd v. United States, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 13th day of December, 2007.

UNITED STATES MAGISTRATE JUDGE
**SOUTHERN DISTRICT OF GEORGIA**