UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

ROBERT JENKINS III,

    Plaintiff,

v.

CHATHAM COUNTY, OFFICER
JOE DAVIS, SGT. MAYES,
SAVANNAH IMPACT PROGRAM,
and ALL STAFF, SAVANNAH
POLICE DEPT., and ALL STAFF,

    Defendants.

Case No. CV406-258

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 25th day of January, 2007.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA